# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| AMEC FOSTER WHEELER ENVIRONMENT & INFRASTRUCTURE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> LIBERTY MUTUAL INSURANCE COMPANY, GEORGIA POWER COMPANY, MUNICIPAL ELECTRIC AUTHORITY OF GEORGIA, MEAG POWER SPVJ LLC, MEAG POWER SPVM LLC, MEAG POWER SPVP LLC, OGLETHORPE POWER CORPORATION (AN ELECTRIC MEMBERSHIP CORP.), and THE CITY OF DALTON, GEORGIA (ACTING THROUGH ITS BOARD OF WATER, LIGHT AND SINKING FUND COMMISSIONERS D/B/A DALTON UTILITIES), <br><br> Defendants. | **Civil Action File No. 1:18-cv-01669-AT** |

**DEFENDANTS GEORGIA POWER COMPANY, MUNICIPAL ELECTRIC AUTHORITY OF GEORGIA, MEAG POWER SPVJ, LLC, MEAG POWER SPVM, LLC, MEAG POWER SPVP, LLC, OGLETHORPE POWER CORPORATION (AN ELECTRIC MEMBERSHIP CORPORATION), AND THE CITY OF DALTON, GEORGIA (ACTING THROUGH ITS BOARD OF WATER, LIGHT AND SINKING FUND COMMISSIONERS D/B/A DALTON UTILITIES)'S MOTION TO STAY AND ADMINISTRATIVELY CLOSE THE CASE PENDING RESOLUTION OF BANKRUPTCY, AND BRIEF IN SUPPORT THEREOF**

This is a suit on a materialman's lien related to work performed on Units 3 and 4 of the Alvin W. Vogtle Electric Generating Plant (the "Project"). In its Complaint, Plaintiff AMEC Foster Wheeler Environment & Infrastructure, Inc. ("Plaintiff") includes Claim of Lien it alleges attaches to the Project property, located in the 66th Georgia Militia District, Burke County, Georgia (the "Property"). *See* [Doc. 1-2]. The Property is jointly owned by Defendants Georgia Power Company, a Georgia corporation ("Georgia Power"), Oglethorpe Power Corporation (an Electric Membership Corporation) ("Oglethorpe Power"), The City Of Dalton, Georgia, an incorporated municipality of the State of Georgia acting by and through its Board Of Water, Light and Sinking Fund Commissioners d/b/a Dalton Utilities ("City of Dalton"); and MEAG Power SPVJ LLC, a Georgia limited liability company, MEAG Power SPVM LLC, a Georgia limited liability company, and MEAG Power SPVP LLC, a Georgia limited liability company (collectively, the "MEAG Entities"). *See generally* [Doc. 1] at ¶ 10, Plaintiff also sues Municipal Electric Authority of Georgia ("MEAG", and collectively with

256436.2

2

Georgia Power, Oglethorpe Power, the City of Dalton, and the MEAG entities, "the Vogtle Defendants").

Plaintiff's claims are related to a Claim of Lien it filed against property upon which the nuclear power facility commonly known as Units 3 and 4 of the Alvin W. Vogtle Electric Generating Plant is located in Burke County, Georgia (the "Project"). Plaintiff's claims are related to work it alleges it performed under a subcontract with WECTEC Global Project Services Inc. f/k/a CB&I Stone & Webster, Inc. f/k/a Stone & Webster, Inc. ("WECTEC") and/or Westinghouse Electric Company LLC ("Westinghouse") to furnish various materials, services, and labor for the improvement of the Project and the Property related to soil and concrete testing. *See* [Doc. 1] at ¶12.

On or about March 29, 2017, Westinghouse Electric Company LLC and WECTEC filed for Chapter 11 bankruptcy in the United States Bankruptcy Court for the Southern District of New York, Case No. 17-10751 (MEW) (Jointly Administered), and styled as *In re Westinghouse Electric Company LLC, et al* (the "Bankruptcy Action"). *See* [Doc. 1] at 13. Plaintiff filed a proof of claim in the Bankruptcy Action for the principal amount it is seeking in this action. *See* Plaintiff's Proof of Claim, Claim #663, attached hereto as **Exhibit A**. The Chapter 11 Plan proposed by the Westinghouse Entities was confirmed on March 28, 2018. *See* Bankruptcy Action, at [Doc. 2988]. Under this Plan, the projected payout to

the holder of general unsecured claims, like Plaintiff, is between 98.0% to 100% of the amount of the allowed claim. *See, generally,* Bankruptcy Action, at [Doc. 2988-1]. However, the confirmation order is still subject to appeal and the allowance for Plaintiff's claim remains outstanding.

Plaintiff's claim is one of several lien claims related to the Property filed against some or all of the Vogtle Defendants. *See, e.g., S&ME, Inc., v. Liberty Mutual Insurance Company, et al.*, No. 1:18-CV-488-TCB. Given that the amount Plaintiff seeks from the Vogtle Defendants will likely be recovered in the Bankruptcy Action, the Vogtle Defendants request a stay and administrative closure of this case until resolution of the Bankruptcy Action. This is consistent with how other Judges in this District have handled related cases. For example, on May 3, 2018, the Honorable Timothy C. Batten entered an Order in a separate, but related case, directing the Clerk of Court to administratively close that case for statistical purposes, noting that the Court would retain jurisdiction and the case could be re-opened upon motion of any party following the resolution of the Bankruptcy. *See e.g.* Order, *S&ME, Inc., v. Liberty Mutual Insurance Company, et al.*, No. 1:18-CV-488-TCB (N.D. Ga. May 3, 2018), at [Doc. 31].

In the interests of judicial economy, and to maintain consistency throughout the dockets of this Court, the Vogtle Defendants request an Order directing the Clerk of Court to administratively close this case, providing that the Court will

retain jurisdiction and can be re-opened upon motion of any party following the resolution of the Bankruptcy. The Vogtle Defendants request the Order provide no rights or defenses in this litigation are waived by the Court's entry of such order. A proposed order granting the relief sought in this Motion is attached hereto as **Exhibit B**.[1]

Respectfully submitted this 18th day of May, 2018.

/s/Brooke W. Gram
T. Joshua R. Archer
Georgia Bar Number 021208
Brooke W. Gram
Georgia Bar No. 810901
E-mail: jarcher@balch.com
E-mail: bgram@balch.com

**BALCH & BINGHAM LLP**
30 Ivan Allen Jr. Blvd. N.W., Suite 700
Atlanta, GA 30308
Telephone: (404) 261-6020
Facsimile: (404) 261-3656

*Attorneys for Defendant*
*Georgia Power Company*

---

[1] The Vogtle Defendants' counsel made efforts to determine whether Plaintiff would consent to a stay and administrative closure as other plaintiffs in similar cases have done. *See, e.g., Garney Companies, Inc. v. Liberty Mutual Insurance Company, et al.*, No. 1:18-CV-01587-TCB, at [Doc. 7].

256436.2                                5

## **CERTIFICATE OF COUNSEL REGARDING FONT SIZE**

Counsel certifies that the foregoing has been prepared using Times New Roman font size 14 in accordance with Local Rules 5.1(B)(3) and 7.1(D).

This 18th day of May, 2018.

>                             */s/Brooke W. Gram*
>                             T. Joshua R. Archer
>                             Georgia Bar Number 021208
>                             Brooke W. Gram
>                             Georgia Bar No. 810901
>                             E-mail: jarcher@balch.com
>                             E-mail: bgram@balch.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been filed the Clerk of Court using the CM/ECF system and served upon the following by U.S. Mail, properly addressed and postage prepaid, on this the 18th day of May, 2018:

Chad V. Theriot
**Jones Walker LLP**
One Midtown Plaza
Suite 1030
1360 Peachtree Street, NE
Atlanta, GA 30309

Timothy J. Burson
**Bovis, Kyle, Burch & Medlin, LLC**
200 Ashford Center North
Suite 500
Atlanta, GA 30338

*/s/Brooke W. Gram*
T. Joshua R. Archer
Georgia Bar Number 021208
Brooke W. Gram
Georgia Bar No. 810901
E-mail: jarcher@balch.com
E-mail: bgram@balch.com